On Rebearing.
 

 By tbe WHOLE COURT.
 

 OVERTON, J.
 

 A rehearing was granted in this case for tbe reason that we entertained doubts as to tbe correctness of tbe judgment rendered byt tbe division to which tbe case was submitted. However, after considering tbe case on tbe rebearing granted, tbe conclusion has been reached by us that tbe decree banded down is correct, and, in consultation, we have concluded to reinstate it, assigning ás reasons therefor those originally given.
 

 For the reasons assigned, it is ordered and decreed that tbe opinion and decree first banded down herein be reinstated and made tbe opinion and decree of this court.
 

 O’NIELL, C. J., and BRUNOT, J., dissent.